# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>        Plaintiff,<br><br>    v.<br><br>G. A. LEDBETTER,<br><br>        Defendant. | Case No. 1:22-cv-00990-BAK (BAM) (PC)<br><br>ORDER ADMINISTRATIVELY CLOSING INSTANT CASE AS OPENED IN ERROR |

Plaintiff Aaron D. Symour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. This action was filed on August 9, 2022. (ECF No. 1.) On the same day, an identical complaint was filed in *Seymour v. Ledbetter*, Case No. 1:22-cv-00989-BAK (GSA) (PC). Therefore, it appears that the instant action, Case No. 1:22-cv-00990-BAK (BAM) (PC), is duplicative of the first action and was opened in error. Accordingly, to correct this administrative error, the Court directs the Clerk of the Court to close this incorrectly-opened case.

Plaintiff is informed that he should continue to respond to orders issued in Case No. 1:22-cv-00989-BAK (GSA) (PC) regarding the claims raised in his complaint. **That case remains open at this time and is not affected by this Order**. In addition, Plaintiff will **not** be charged the filing fee for the instant case, incorrectly opened as Case No. 1:22-cv-00990-BAK (BAM) (PC).

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall ADMINISTRATIVELY CLOSE Case No. 1:22-cv-00990-BAK (BAM) (PC).

IT IS SO ORDERED.

Dated: **August 16, 2022**        /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE